UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**MICHAEL GAUME,**

    Plaintiff,

v.                                                  Case No. 2:22-cv-253-NPM

**STORM START HOLDINGS, LLC,**
**THE SMART COMPANIES, LLC** and
**STORM SMART BUILDING SYSTEMS, LLC,**

    Defendants.

---

**ORDER**

Before the court are the parties' joint stipulations of dismissal. (Docs. 82, 84). Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an action voluntarily if a stipulation of dismissal is signed by all parties who have appeared. The dismissal is effective upon filing and requires no further action by the court. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012); *see also Casso-Lopez v. Beach Time Rental Suncoast, LLC*, 335 F.R.D. 458, 461-62 (M.D. Fla. 2020) (holding parties may terminate an FLSA case by filing either a Rule 41(a)(1)(A)(ii) stipulation of dismissal with prejudice or a Rule 68(a) notice of acceptance of an offer of judgment "and the district court is immediately powerless to interfere"). "Rule 68 applies in actions brought under the Fair Labor Standards Act no less than in any other case," *Vasconcelo v. Miami Auto Max, Inc.*, 981 F.3d

934, 942 (11th Cir. 2020), and there is "no distinction" between the operation of Rule 41(a)(1)(A)(ii) and Rule 68 in an FLSA action. *Casso-Lopez*, 335 F.R.D. at 462.

The parties stipulate to dismissing this case with prejudice for some plaintiffs, and without prejudice for others. Accordingly, this action is dismissed with prejudice for plaintiffs Michael Gaume, Justin Paxton, Anthony Fontana, Randy Redford, Nick Roach, Antonio Ciccone, Jean Dorestin, Ram Dorestin, Jeff Brielmaier, Will Ramos, Patrick Wiggington, Steven Moquin, Alex Klees, Mathew Tucker, Terrance Taylor, Derrick Remy, Frank Steward, Jonathan Peraza, Jose Luna, and Vincent Baker. This action is dismissed without prejudice for plaintiffs Kurt Von Behren, Vasilios Pappas, Benjamin Rodriguez, John Steward, Geno Rodriguez, and Juares Pedro Leite. Each party shall bear their own costs unless otherwise agreed. The clerk is directed to enter judgment, terminate any scheduled events, and close the file.

**ORDERED** on April 5, 2023.

_____
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE